JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN HE,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>　　　　Defendants. | Case No.  2:22-cv-8074-JLS-PD<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

## ORDER

Having read and considered the parties' Joint Stipulation to Stay the Case Pending Adjudication of Application (Doc. 11), and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until July 3, 2023.

No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: January 13, 2023

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE